UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN ELI BOWMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-0122 (UNA) |
| | ) |
| KENDRA SAVAGE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter is before the court on its initial review of plaintiff's application for leave to proceed *in forma pauperis*, ECF No. 2, and his *pro se* complaint, ECF No. 1. According to plaintiff, "N.S.A., D.O.D., C.I.A. and Microtech employees have illegally [obtained his] eyesight . . . using Electromagnetic Gamma Ray Human Brain Research Equipment," leaving him with "non-healing burns," Compl. at 3, and other injuries, *see id.* at 5. He demands either an award of $10 million, alternatively, or reform of the process and procedures by which such electromagnetic equipment is used. *Id.* at 5.

The Court concludes the complaint lacks "an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and, therefore, it is frivolous. The Court will dismiss the complaint under 28 U.S.C. § 1915(e)(2)(B)(i) and grant plaintiff's application to proceed *in forma pauperis*.[1] A separate Order will issue.

DATE: March 30, 2022

/s/
AMIT P. MEHTA
United States District Judge

---

[1] Plaintiff was detained at the Three Forks Regional Jail in Beattyville, Kentucky, when he filed his complaint. For this reason, the Court issued an Order, ECF No. 3, directing plaintiff to submit a prison trust fund account statement. Plaintiff explained that he has been released from custody. *See* ECF No. 7 at 1.